FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC 21  PM 1:27

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CHARLES UCLESS FOBB                                        CIVIL ACTION

VERSUS                                                             NO. 05-2530

ATTORNEY GENERAL, STATE OF LA                    SECTION: "I" (2)

### ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the objection by plaintiff, Charles Ucless Fobb, which is hereby **OVERRULED**, approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter.

Accordingly,

**IT IS ORDERED** that petitioner's application for writ of habeas corpus is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

New Orleans, Louisiana, this _____ day of _____, 2005.

_____
UNITED STATES DISTRICT JUDGE

___ Fee
___ Process
_X_ Dktd
_✓_ CtRmDep
___ Doc. No